[No. 111-3.   Division Three.   May 18, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES K. AGERS, *Appellant.*

*Madison R. Jones,* for appellant (appointed counsel for appeal).

*Arthur R. Eggers, Prosecuting Attorney,* and *Albert J. Golden, Deputy,* for respondent.

PER CURIAM.—Defendant Charles K. Agers appeals from a conviction on a charge of escape. At the time of the escape, defendant was confined in the Walla Walla County Jail pending the outcome of an appeal of a first-degree forgery conviction.

Error is assigned to the trial court's denial of defendant's motion for: (1) access to the Walla Walla County Law Library for the purpose of preparing a writ of habeas corpus to attack the forgery judgment and sentence; and (2) a continuance of his escape trial in order to prepare said writ.

Neither proposition is supported by probative au-

thority as required by *State v. Rutherford,* 66 Wn.2d 851, 405 P.2d 719 (1965). These two issues are within the discretion of the trial court; we find no abuse of that discretion.

Judgment affirmed.

Petition for rehearing denied June 21, 1971.

Review denied by Supreme Court July 26, 1971.